1
2
3
4
5
6
7

```
                              FILED
                    CLERK, U.S. DISTRICT COURT

                         MAY 2 2 2015

                   CENTRAL DISTRICT OF CALIFORNIA
                   BY                      DEPUTY
```

8        **UNITED STATES DISTRICT COURT**

9        **CENTRAL DISTRICT OF CALIFORNIA**

10

11   Q.D.R., a Minor, By and Through      Case No.: CV14-7926-JFW (Ex)
     Her Guardian Ad Litem Kianna Lee
12
                                      )
13                  Plaintiff,        )
                                      )
14        v.                          )   **DEFENDANT CITY OF LOS**
                                      )   **ANGELES, et al. AND**
15                                    )   **PLAINTIFF'S STIPULATED**
     CITY OF LOS ANGELES; CHARLES L.  )   **PROTECTIVE ORDER RE USE**
16   BECK, AKA CHARLIE BECK, CHIEF    )   **OF FORCE INVESTIGATION**
17   OF THE LOS ANGELES POLICE        )   **REPORT**
     DEPARTMENT; LOS ANGELES          )
18   POLICE DEPARTMENT (LAPD);        )
19   OSWALDO PEDEMENTE; ROBERT        )
     VILLALOBOS; DOES "1" THROUGH     )
20   "10"                             )
                                      )
21                                    )
                                      )
22                  Defendants        )
                                      )
23   _____)

24

25   ***PROTECTIVE ORDER FORCE INVESTIGATION DIVISION REPORTS***

26        After the Plaintiffs DAMION RUSSELL, an incapacitated adult, by and Through

27

28   his Guardian, JO ANN PRICE, JO ANN PRICE, in her individual capacity & Q.D.R., a

Minor, By and Through Her Guardian Ad Litem KIANNA LEE, (hereinafter referred to

as "Plaintiffs"), by and through their attorneys of record, Humberto Guizar, Esq. of

Guizar Henderson & Carrazco L.L.P. (Counsel for Russell) & A. George Glasco, Esq. of

the LAW OFFICES OF A. GEORGE GLASCO, P.C. (Counsel for Q.D.R.) and

Defendants CITY OF LOS ANGELES, a local public entity, CHARLES L. BECK, AKA

CHARLIE BECK, CHIEF OF THE LOS ANGELES POLICE DEPARTMENT;

OSWALDO PEDEMENTE; ROBERT VILLALOBOS (hereinafter referred to as

"Defendants"), by and through their attorneys of record, Michael N. Feuer, City

Attorney, Cory M. Brente, Supervising Assistant City Attorney and Christian R.

Bojorquez conferred regarding the Production of the Force Investigation Report and any

Complaints of Excessive Force and Discipline for Excessive Force (5 Years), IT IS

HEREBY ORDERED, pursuant to the stipulation of the parties that the following

Protective Order, and its terms shall govern documents and things in this matter:

    For purposes of this Order, Confidential Materials include, but are not limited to:

    1.    Force Investigation Division Investigation Records;

    2.    Any and all documents, interviews, Officer Statements and/or writings

created during the Investigation, which include, but are not limited to, the following:

        A.    Force Investigation Division Records- No. F-019-13

        &bull;    Interviews;

- Officer Statements, whether written or recorded;
- Legend w/diagram;
- Pictures - Which coincide with an Officer(s) compelled statement which were intended to reflect the Officer's stated or perception of events;
- Investigative Narrative;
- All addenda

3. Complaints of Excessive Force for the past Five (5) Years; and

4. Disciplinary Issues Dealing with Excessive Force for the Past Five (5) Years

5. Any and all documents, summaries, Officer Statements and/or writings created during the above-listed Complaints.

## II.   TERMS OF THE PROTECTIVE ORDER

1. The Confidential Documentation being provided pursuant to this Protective Order will be accomplished by affixing to such document or writing a legend, such as "Confidential," "Confidential Documents," "Confidential Material Subject to Protective Order" or words of similar effect.  The documents and writings so designated, and all information derived therefrom (hereinafter, collectively, "Confidential Information"), shall be treated in accordance with the terms of this stipulation/protective order.  The "Confidential" Watermark shall not obscure the writings on the document's legibility and shall not be repeated more than once per page.

2. Confidential Information may be used by the persons receiving such information only for the purpose of this above-captioned litigation.

3.     Subject to the further conditions imposed by this stipulation/protective order,

Confidential Information may be disclosed only to the following persons:

a.     Counsel for the parties and to experts, investigators, paralegal assistants, office clerks, secretaries and other such personnel working under their supervision;

b.     Such other parties as may be agreed by written stipulation among the parties hereto, or by Court Order.

4.     Prior to the disclosure of any Confidential Information to any person

described in paragraph 3(a), or 3(b), counsel for the party that has received and seeks to

use or disclose such Confidential Information shall first provide any such person with a

copy of this protective order, and shall cause him or her to execute the following

acknowledgment:

"I understand that I am being given access to Confidential Information

pursuant to the foregoing protective order.  I have read the stipulation/protective order

and agree to be bound by its terms with respect to the handling, use and disclosure of

such Confidential Information.

Dated: _____ /s/ _____ "

Once this is completed, Counsel for Plaintiffs will serve a copy of the acknowledgment

upon Defendants.

5.     Upon the final termination of this federal litigation, including any appeal

pertaining thereto, including but not limited to any event wherein the case is ever

remanded to State Court or dismissed and refiled in State Court, all Complaints,

1   Investigations, Reports, materials, as well as any other Court Ordered Documents
2
3   provided pursuant to this Protective Order and all copies thereof shall be returned to the
4   Offices of the Los Angeles City Attorney's Office, 6th Floor, City Hall East, Los
5
6   Angeles, California 90012 for destruction/shredding.  All Confidential documentation
7   provided to any person or party, pursuant to any provision hereof, also shall be returned
8   to the City Attorney's Office.
9
10      6.      If any party who receives Confidential Information receives a subpoena
11  and/or public record request seeking Confidential Information, he, she or it shall
12
13  immediately give written notice to counsel for defendants, identifying the Confidential
14  Information sought and the time in which production or other disclosure is required, and
15  shall object to the request or subpoena on the grounds of this stipulation/protective order
16
17  so as to afford defendants an opportunity to obtain an order barring production or other
18  disclosure, or to otherwise respond to the subpoena or other request for production or
19  disclosure of Confidential Material.  However, in no event should production or
20
21  disclosure be made without written approval by defendants' counsel unless required by
22  Court Order arising from a motion to compel production or disclosure of Confidential
23
24  Information. Nothing in this Protective Order should be construed as authorizing a party
25  in this action to disobey a lawful directive from another court.
26
27      7.      Any pleadings, motions, briefs, declarations, stipulations, exhibits or other
28  written submissions to the Court in this litigation which contain, reflect, incorporate or

Stipulated Protective Order                    CV14-7926-JFW (Ex)

Case 2:14-cv-07926-JFW-E

refer to Confidential Information, it shall be the party seeking to use such information

burden to first request the sealing of such documents pursuant to Local Rule 79-5.1.

8.     Counsel for the parties hereto agree to request that in the event any motions,

applications or other pre-trial proceedings which could entail the discussion or disclosure

of Confidential Information, that such a Party will first seek special permission from the

Court to hear such information outside the presence of the jury.  Counsel for the parties

further agree that, during any portion of the trial of this action which could entail the

discussion or disclosure of Confidential Information, that Defendants will have an

opportunity to make a special request to the Court that access to the courtroom be limited

to parties, their counsel and other designated representative, experts or consultants who

agreed to be bound by this stipulation/protective order, and court personnel.

///

///

///

///

///

///

///

///

///

Stipulated Protective Order                          CV14-7926-JFW (Ex)

9.      Nothing herein shall prejudice any party's rights to object to the introduction of any Confidential Information into evidence, on grounds including but not limited to relevance and privilege.

10.     This Protective Order survives settlement, trial and/or appeal.

**IT IS SO STIPULATED**

DATED: May 12, 2015   MICHAEL N. FEUER, City Attorney

By: _____ /S/ - *Christian R. Bojorquez* _____

            CHRISTIAN R. BOJORQUEZ Deputy City Attorney
            Attorneys for Defendant CITY OF LOS ANGELES

DATED: May     , 2015        GUIZAR, HENDERSON & CARRAZCO, L.L.P.

                             By_____
                             HUMBERTO M. GUIZAR
                             Attorneys for Plaintiffs Damion Russell and
                             Jo Ann Price

DATED: May     , 2015        LAW OFFICES OF A. GEORGE GLASCO, P.C.

                             By_____
                             A. GEORGE GLASCO
                             Attorneys for Q.D.R., a Minor, By and Through
                             Her Guardian Ad Litem Kianna Lee, Plaintiff

DATED: May     , 2015        ALDERLAW, P.C.

                             By_____
                             C. MICHAEL ALDER
                             Attorneys for Plaintiffs Damion Russell and
                             Jo Ann Price

Case 2:14-cv-07926-JFW-E

DATED:  May        , 2015        ALDERLAW, P.C.

By_____
        LAURA SEDRISH
        Attorneys for Plaintiffs Damion Russell and
        Jo Ann Price

**IT IS SO ORDERED**


Dated:

By:    _____
        Magistrate Charles F. Eick
        UNITED STATES MAGISTRATE JUDGE

---

Stipulated Protective Order                    CV14-7926-JFW (Ex)

9.      Nothing herein shall prejudice any party's rights to object to the introduction of any Confidential Information into evidence, on grounds including but not limited to relevance and privilege.

10.     This Protective Order survives settlement, trial and/or appeal.

**IT IS SO STIPULATED**

DATED: May 12, 2015   MICHAEL N. FEUER, City Attorney

By: _____ /S/ - *Christian R. Bojorquez* _____

CHRISTIAN R. BOJORQUEZ Deputy City Attorney
Attorneys for Defendant CITY OF LOS ANGELES

DATED: May      , 2015      GUIZAR, HENDERSON & CARRAZCO, L.L.P.

By _____

HUMBERTO M. GUIZAR
Attorneys for Plaintiffs Damion Russell and
Jo Ann Price

DATED: May      , 2015      LAW OFFICES OF A. GEORGE GLASCO, P.C.

By _____

A. GEORGE GLASCO
Attorneys for Q.D.R., a Minor, By and Through
Her Guardian Ad Litem Kianna Lee, Plaintiff

DATED: May 15 , 2015      ALDERLAW, P.C.

By _____

C. MICHAEL ALDER
Attorneys for Plaintiffs Damion Russell and
Jo Ann Price

9.  Nothing herein shall prejudice any party's rights to object to the introduction of any Confidential Information into evidence, on grounds including but not limited to relevance and privilege.

10.  This Protective Order survives settlement, trial and/or appeal.

**IT IS SO STIPULATED**

DATED: May 12, 2015   MICHAEL N. FEUER, City Attorney

By:  _____ /S/ - *Christian R. Bojorquez*
            CHRISTIAN R. BOJORQUEZ Deputy City Attorney
            Attorneys for Defendant CITY OF LOS ANGELES

DATED: May   , 2015      GUIZAR, HENDERSON & CARRAZCO, L.L.P.

                         By_____
                         HUMBERTO M. GUIZAR
                         Attorneys for Plaintiffs Damion Russell and
                         Jo Ann Price

DATED: May 20, 2015      LAW OFFICES OF A. GEORGE GLASCO, P.C.

                         By_____
                         A. GEORGE GLASCO
                         Attorneys for Q.D.R., a Minor, By and Through
                         Her Guardian Ad Litem Kianna Lee, Plaintiff

DATED: May   , 2015      ALDERLAW, P.C.

                         By_____
                         C. MICHAEL ALDER
                         Attorneys for Plaintiffs Damion Russell and
                         Jo Ann Price

1

2   DATED: May 15, 2015          ALDERLAW, P.C.

3
                                  By _____
4                                      LAURA SEDRISH
5                                    Attorneys for Plaintiffs Damion Russell and
                                     Jo Ann Price
6   **IT IS SO ORDERED**

7

8
    Dated: 5/22/15
9
                                  By: _____
10
                                      Magistrate Charles F. Eick
11                                    UNITED STATES MAGISTRATE JUDGE

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28